### PARKER v. CANFIELD.

EXECUTION—LEVY—EXEMPTIONS.

> It is the duty of an officer, who levies under an execution upon property which is exempt up to a certain value, to make an inventory, and allow the defendant in execution to select his exemptions; and, not having done so, he is liable in trover for the part that he sells.

Error to Washtenaw; Kinne, J.    Submitted February 3, 1898.    Decided March 1, 1898.

Trover by Francis Parker against Lester Canfield. From a judgment for plaintiff on verdict directed by the court, defendant brings error.    Affirmed.

Defendant, a deputy sheriff, under an execution against plaintiff, levied upon certain property belonging to him. He was a farmer.    After the levy, defendant, of his own motion, released the levy as to part of the property, on the ground that it was exempt.    He retained the levy on 106 bushels of barley situated in plaintiff's barn.    Plaintiff claimed this as exempt property.    Defendant took it away, and sold it under his execution.    Plaintiff thereupon

brought this suit in trover. The court directed a verdict for the plaintiff for the value of the property.

*Lehman Bros.*, for appellant.

*J. W. Bennett*, for appellee.

GRANT, C. J. (*after stating the facts*). The instruction was correct. When an officer levies under his execution upon exempt property, it is his duty to make an inventory, and allow the defendant in execution to select his exemptions. *Stilson* v. *Gibbs*, 53 Mich. 280; *Hutchinson* v. *Whitmore*, 90 Mich. 255, 262 (30 Am. St. Rep. 431); *Ostrander* v. *Packer*, 35 Mich. 430; *Town* v. *Elmore*, 38 Mich. 305.

Judgment affirmed.

The other Justices concurred.